UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-25134-CIV-GOODMAN
[CONSENT]

CAPITAL ONE AUTO FINANCE,

    Plaintiff,

v.

MONZON AUTO SALES INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On September 14, 2018, the parties filed a stipulation of dismissal with prejudice [ECF No. 69], which indicated settlement of all claims and required each party to bear their respective attorney's fees and costs.

Accordingly, based on those agreed terms, the Undersigned now **dismisses** the case **with prejudice** and **retains jurisdiction** to enforce the parties' settlement agreement.

**DONE and ORDERED** in Chambers, in Miami, Florida, on September 25, 2018.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

All Counsel of Record